at the end of 1925. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

EMMA E. PORTER, Appellant, v. BERKSHIRE COURT, INC., Respondent.— Judgment unanimously affirmed, with costs. The assignment of the stock did not assign any right under the agreement. We are also of opinion that the right to lease an apartment, given by the agreement, was personal to plaintiff's assignor, and was not assignable. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ARIETTA, Appellant.— Judgment of conviction of the County Court of Rockland county unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PUGLISI, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MILTON R. RAPHAEL, Respondent, v. WILLIAMSON CANDY CO., INC., Appellant.— Judgment reversed on the facts, and new trial granted, with costs to appellant to abide the event, unless within twenty days from entry of the order herein plaintiff stipulate to reduce the recovery of damages to $413.26, in which event the judgment as so modified is affirmed, without costs. The uncontradicted proof shows that all of the husband's earnings were deposited by the wife in the Kings County Trust Company. The only other moneys deposited by her in that account were those received from her mother's estate. An analysis of the figures shows that the jury failed to credit the sum of $1,684.74, amounts earned by plaintiff over and above the $692, the amount allowed as earned. The verdict of the jury indicates an allowance of forty weeks' salary amounting to $2,800, less $692, or $2,108. The finding of the jury that plaintiff had only earned $692 was against the weight of the evidence. Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Kapper, J., dissents.

HATTIE A. RAYMOND, Respondent, v. ELMER CLIFTON, Appellant.— Order directing the clerk of the county of Kings to tax costs and disbursements and to insert such costs and disbursements, as taxed, in the judgment, affirmed, with ten dollars costs and disbursements, upon authority of Hayward v. Clifton [ante, p. 802], decided herewith. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MORRIS ROSENBLUM, Respondent, v. MORRIS FELLER and SAMUEL GREEN, as Copartners, etc., Appellants. (Appeal No. 1.) — Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Kapper, J., dissents.

MORRIS ROSENBLUM, Respondent, v. MORRIS FELLER and SAMUEL GREEN, as Copartners, etc., Appellants. (Appeal No. 2.) — Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Lazansky, JJ., concur; Kapper, J., dissents.

SOPHIE ROSENHEIM, Respondent, v. HARRY NADEL and MARTHA K. NADEL, Appellants.— Order granting temporary injunction affirmed, with ten dollars